# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: : NO. 306
:
APPOINTMENT TO THE DISCIPLINARY : DISCIPLINARY BOARD APPOINTMENT
BOARD OF PENNSYLVANIA : DOCKET

## ORDER

**PER CURIAM**

    **AND NOW**, this 15th day of February, 2019, Gretchen A. Mundorff, Esquire, Fayette County, is hereby appointed to the Disciplinary Board of Pennsylvania for a term of three years, commencing April 1, 2019.